# UNITED STATES DISTRICT COURT
for the

District of __NEVADA__

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:17-CR-0018-LRH-WGC |
| ) | |
| AUGUSTINE CHAPOOSE ) | |
| *Defendant* ) | |

**FILED** ✓
**ENTERED**
**RECEIVED**
**SERVED ON**
COUNSEL/PARTIES OF RECORD

NOV - 3 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Bruce R. Thompson Courthouse and Federal Building<br>400 S. Virginia Street<br>Reno, Nevada 89501<br>Honorable Valerie P. Cooke, U.S. Magistrate Judge | Courtroom No.: | 1 ~ 4th Floor |
|---|---|---|---|
| | | Date and Time: | 11/7/2017 at 2:30 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: ___Nov 3, 2017___

_____
*Judge's signature*

Valerie P. Cooke, United States Magistrate Judge
*Printed name and title*